**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OLYMPIC &<br>PARALYMPIC COMMITTEE,<br><br>　　　　　　Defendant. | Case No. 4:20-cv-02802 |

## STIPULATION OF DISMISSAL

Plaintiff Jane Doe ("Plaintiff") files this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.　　On January 24, 2020, Plaintiff filed a lawsuit styled *Jane Doe v. United States Olympic Committee*, Cause Number 2029581 in the 278th District Court of Walker County, Texas ("District Court Case"). On August 11, 2020, the case was removed to the United States District Court for the Southern District of Texas, Houston Division. It was assigned Cause No. 4:20-cv-02802.

2.　　Plaintiff now moves to dismiss this suit.

3.　　This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4.　　A receiver has not been appointed in this case.

5.　　This case is not governed by any federal statute that requires a court order for dismissal of the case.

6.　　Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

7.　　This dismissal is with prejudice.

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS,
AGOSTO, AZIZ & STOGNER**

By: */s/ Muhammad S. Aziz*
        Muhammad S. Aziz
        Federal ID No. 868540
        State Bar No. 24043538
        800 Commerce Street
        Houston Texas 77002
        maziz@awtxlaw.com
        Telephone: (713) 222-7211
        Facsimile: (713) 225-0827

        Michelle Simpson Tuegel
        State Bar No. 24075187
        The Simpson Tuegel Law Firm, PLLC
        3301 Elm Street
        Dallas, Texas 75226
        Telephone: (214) 774-9121
        Facsimile: (214) 614-9218
        michelle@stfirm.com

        **ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing instrument has been served by electronic CM/ECF filing on this 23rd day of May, 2022, on all counsel of record.

*/s/ Muhammad S. Aziz*
MUHAMMAD S. AZIZ